PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:10-MJ-00262-SKO |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| DANILO HUMBERTO CAJINA, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is now in the custody of the United States Marshals Service pending his return to the custody of the Bureau of Prisons.

The government requests the Court order:

1. The Complaint be dismissed.

2. The preliminary hearing set for July 31, 2023, be vacated.

3. Defendant be ordered transported to the Bureau of Prisons forthwith to serve the remainder of his previously imposed sentence.

**[The remainder of this page intentionally left blank.]**

MOTION TO DISMISS COMPLAINT; ORDER

1

1

Dated:  July 27, 2023

2

PHILLIP A. TALNERT
United States Attorney

3

By:  /s/ LAUREL J. MONTOYA

4

LAUREL J. MONTOYA
Assistant United States Attorney

5

6

7

8

IT IS SO ORDERED.

9

Dated:    **July 27, 2023**

UNITED STATES MAGISTRATE JUDGE

10

**ORDER**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28